**IN RE CHUPARKOFF.**

[Cite as *In re Chuparkoff,* ___ Ohio St.3d ___, 2016-Ohio-186.]

(No. 2015-2076—Submitted January 20, 2016—Decided January 21, 2016.)

ON CERTIFIED ENTRY OF DEFAULT OF CHILD-SUPPORT ORDER.

_____

{¶ 1} On December 30, 2015, this court suspended respondent, Mark Andrew Chuparkoff, for an interim period pursuant to Gov.Bar R. V(18)(A)(4). On January 19, 2016, the Board of Professional Conduct submitted a notice pursuant to Gov.Bar R. V(18)(D)(1)(c), notifying this court that respondent no longer was in default of the child-support order previously submitted to the court.

{¶ 2} On consideration thereof, it is ordered by the court that pursuant to Gov.Bar R. V(18)(D)(1), respondent, Mark Andrew Chuparkoff, Attorney Registration No. 0071982, last known business address in Akron, Ohio, be reinstated to the practice of law.

{¶ 3} It is further ordered that pursuant to Gov.Bar R. V(18)(D)(2), reinstatement of respondent shall not terminate any pending disciplinary proceedings against respondent.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(D)(1) and that publication be made as provided for in Gov.Bar R. V(17)(D)(2).

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____